T. S. Arthur, appellee, v. The Salvation Army, appellant. Gen. No. 27,907.

Assumpsit for breach of contract of employment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division

of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

Moses, Rosenthal & Kennedy, for appellant; Hirsch E. Soble and Walter H. Moses, of counsel. George L. Reker and Thomas W. Reilly, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.